■ In the Matter of PETER A. LOMBARDO, JR., Respondent, v VALERIE DEVANY, Appellant. (Appeal No. 6.) [732 NYS2d 383] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Dillon, J. (Appeal from Order of Erie County Family Court, Dillon, J.—Custody.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.

■ In the Matter of KATHARINE POLSON, Respondent, v THOMAS E. YEARS, Appellant, et al., Respondents. [732 NYS2d 605] —Order unanimously affirmed without costs for reasons stated in decision at Ontario County Family Court, Doran, J. (Appeal from Order of Ontario County Family Court, Doran, J.—Custody.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.